Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–24647–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jennifer Kahoun | Ryan Kahoun |
| 1501 Chestnut Street | 1501 Chestnut Street |
| Haddon Heights, NJ 08035 | Haddon Heights, NJ 08035 |

Social Security No.:
   xxx–xx–1078                                   xxx–xx–1348

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            August 20, 2019
Time:            10:30 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*12* – Response to (related document:5 Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Meet Credit Counseling Requirements,Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C–1), Calculation of Your Disposable Income (122C–2) – If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,D,E/F,G,H,I,J, Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/29/2019. Hearing scheduled for 8/20/2019 at 10:30 AM at ABA – Courtroom 4B, Camden.) filed by Jennifer R. Gorchow on behalf of Isabel C. Balboa. (Gorchow, Jennifer)

and transact such other business as may properly come before the meeting.


Dated: August 7, 2019
JAN: lgr

Jeanne Naughton
Clerk