Jennifer and Ryan Kahoun

Case 19-24647

FILED
JEANNE A. NAUGHTON, CLERK
SEP 23 2019
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

Creditor List Address **Corrections**

South Jersey Imaging

701 Route 38

Cherry Hill, NJ 08002-2955

Jeffrey Eichenbaum DC

1601 N Kings Highway

Cherry Hill NJ 08034