Jennifer and Ryan Kahoun

Case 19-24647



Creditor List Address **Corrections**

South Jersey Imaging

701 Route 38

Cherry Hill, NJ 08002-2955

Jeffrey Eichenbaum DC

1601 N Kings Highway

Cherry Hill NJ 08034